RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 24a0271p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

DENNIS SPEERLY; JOSEPH SIERCHIO; DARRIN
DEGRAND; DANIEL DRAIN; WAVERS SMITH; RICHARD
FREEMAN; CHRISTOPHER GILES; LOUIS RAY; RICHARD
SULLIVAN; JAMES NORVELL; MICHAEL BANKS; GUY
CLARK; MARIA BARALLARDOS; CARY SHERROW;
JASON KEVIN SINCLAIR; KIMBERLY COULSON; TROY
COULSON; ANDRE MCQUADE; DONALD DYKSHORN;
TAIT THOMAS; JAMES PAUL BROWNE; WILLIAM
FREDO; JON ELLARD; RHIANNA MEYERS; RANDALL
JACOBS; MICHAEL PONDER; PHILIP WEEKS; KATRINA
FREDO; JIMMY FLOWERS; STEVEN BRACK; KEVIN
WESLEY; BRIAN LLOYD; GREGORY BUTSCHA; JERRY
CARROLL; KIMBERLY CARROLL; DOMINIC EATHERTON;
THOMAS EDMONDSON; RICHARD FILIAGGI; ROBERT
HIGGINS; DAVID THOMPSON; DONALD SICURA,

　　　　　　　　　　　*Plaintiffs-Appellees*,

　　　*v.*

GENERAL MOTORS, LLC,

　　　　　　　　　　　*Defendant-Appellant*.

> No. 23-1940

On Petition for Rehearing En Banc

United States District Court for the Eastern District of Michigan at Detroit.
Nos. 2:19-cv-11044; 2:19-cv-11802; 2:19-cv-11808; 2:19-cv-11875;
2:19-cv-12371—David M. Lawson, District Judge.

Decided and Filed:  December 19, 2024

Before: SUTTON, Chief Judge; MOORE, CLAY, GRIFFIN, KETHLEDGE,
STRANCH, THAPAR, BUSH, LARSEN, NALBANDIAN, READLER,
MURPHY, MATHIS, BLOOMEKATZ, and RITZ, Circuit Judges.[*]

---

[*]Hon. Stephanie Dawkins Davis is recused from participation in this case.

---

**COUNSEL**

**ON PETITION FOR REHEARING EN BANC:**  Richard C. Godfrey, R. Allan Pixton, QUINN EMANUEL URQUHART & SULLIVAN, LLP, Chicago, Illinois, John F. Bash, QUINN EMANUEL URQUHART & SULLIVAN, LLP, Austin, Texas, Renee D. Smith, Cole T. Carter, KIRKLAND & ELLIS LLP, Chicago, Illinois, Jason M. Wilcox, KIRKLAND & ELLIS LLP, Washington, D.C., Stephanie A. Douglas, BUSH SEYFERTH PLLC, Troy, Michigan, for Appellant. **ON RESPONSE:** Douglas J. McNamara, Karina Puttieva, Madelyn Petersen, COHEN MILSTEIN SELLERS & TOLL PLLC, Washington, D.C., Theodore J. Leopold, COHEN MILSTEIN SELLERS & TOLL PLLC, Palm Beach Gardens, Florida, for Appellees. **ON BRIEF:** John M. Thomas, DYKEMA GOSSETT PLLC, Ann Arbor, Michigan, Kyle M. Asher, DYKEMA GOSSETT PLLC, Lansing, Michigan, Stephen A. D'Aunoy, KLEIN THOMAS LEE & FRESARD, St. Louis, Missouri, Brandon L. Boxler, KLEIN THOMAS LEE & FRESARD, Richmond, Virginia, Brian D. Schmalzbach, MCGUIREWOODS LLP, Richmond, Virginia, Wendy Liu, PUBLIC CITIZEN LITIGATION GROUP, Washington, D.C., for Amici Curiae.

---

**ORDER**

---

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case.  Under Sixth Circuit Rule 40(d), "[a] decision to grant rehearing en banc vacates the previous opinion and judgment of the court, stays the mandate, and restores the case on the docket as a pending appeal."

Accordingly, it is ORDERED that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

_____

Kelly L. Stephens, Clerk